

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>           Plaintiff, )<br>)<br>vs. )<br>)<br>KUNG HO WALTER HO )<br>           Defendant. )<br>_____ ) | CRIMINAL CASE NO. 02-00001-001 |

**Re: Report and Order Terminating Term of Supervised Release**

On December 4, 2002, Kung Ho Walter Ho was sentenced in the District Court of Guam to credit for time served followed by three years supervised release for the offense, Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2. On that same day, Mr. Kim was released from the custody of the Federal Bureau of Prisons to the custody of the Department of Homeland Security's Bureau of Immigration and Customs Enforcement pursuant to a detainer.

On December 13, 2002, Mr. Ho was deported to Hong Kong by the Bureau of Immigration and Customs Enforcement, and has remained outside the United States since. Mr. Ho's term of supervised release expired on December 3, 2005. Therefore, it is recommended that he be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this _____ day of December 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Marivic P. David, AUSA
    Howard Trapp, Defense Counsel
    Guam Bureau of Immigration and Customs Enforcement
    File

ORIGINAL

Report and Order Terminating Term of Supervised Release
Re: HO, Kung Ho Walter
USDC Cr. Cs. No. 02-00001-001
December 9, 2005
Page 2

**FILED**
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

***************************************************************************

## ORDER OF THE COURT

IT IS SO ORDERED this day 9th of December 2005, that Kung Ho Walter Ho be discharged from supervised release and that the proceeding in the case be terminated.

_____
D. LOWELL JENSEN*
Designated District Judge
District Court of Guam

*Senior District Judge
 Northern District of California
 Sitting by Designation



RECEIVED
DEC - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM