kunghouns

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

FEB 0 8 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 02-00001 |
| Plaintiff, | |
| vs. | APPLICATION TO UNSEAL DOCUMENTS |
| KUNG HO WALER HO, | |
| Defendant. | |

The United States moves this Honorable Court for an order unsealing the following documents in the above-entitled case for the reason that the investigation is now complete Document Numbers: 31, 32, 33, and 34.

Respectfully submitted this 8h day of February 2008.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

By:   /s/ Marivic P. David
        MARIVIC P. DAVID
        Assistant U.S. Attorney

ORIGINAL